**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**



**The following constitutes the ruling of the court and has the force and effect therein described.**

*[Signature: Harlin DeWayne Hale]*

**United States Bankruptcy Judge**

**Signed April 11, 2013**

---

MTDX 0013.000727

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:                          CASE NO: 11-70001-HDH-13
LOWRY WAYNE CRANE      DATED: April 10, 2013
                               HEARING DATE: April 10, 2013
                               HEARING TIME: 10:00 AM

---

## INTERLOCUTORY ORDER WITH PREJUDICE

---

       Came to be considered the Trustee's Motion to Dismiss With Prejudice or the Trustee's Notice of Intent to Dismiss in the above styled and numbered case.

       The Court finds the case shall be dismissed with prejudice for 180 days without further notice to the Debtor(s), should the Debtor(s) fail to timely make any payment without an explanation acceptable to the Trustee and/or failure of the Debtor(s) to strictly comply with the following conditions:

       IF THE DEBTOR IS UNDER A WAGE ORDER, THE DEBTOR MUST REMAIN UNDER THE WAGE ORDER WHILE THE CASE IS PENDING. THE DEBTOR SHALL CURE ARREARS OF $ 586.00 BY MAKING 6 MONTHLY PAYMENTS DIRECTLY TO THE TRUSTEE OF $ 98.00 IN ADDITION TO REGULAR PLAN PAYMENTS BEGINNING MAY 2013. DEBTOR IS TO RESUME REGULAR MONTHLY PAYMENTS ON MAY 2013 AND THE 2 ND DAY OF EACH MONTH THEREAFTER.

       IT IS THEREFORE ORDERED, ADJUDGED AND DECREED: Debtor(s) case shall not be dismissed with prejudice provided debtors timely make all payments called for in the proposed or confirmed Chapter 13 plan and comply with the conditions set out above.

CASE NO: 11-70001-HDH-13

Page two

IT IS FURTHER ORDERED, ADJUDGED AND DECREED: In the event the Debtor's fail to timely make any payment for which an explanation, satisfactory to the Trustee, in the Trustee's sole discretion, is not given, or if the above stated conditions, if any, is not strictly complied with, the Trustee shall submit a proposed **"Order Dismissing Case With Prejudice for 180 Days Pursuant to Interlocutory Order"**, file a Final Report, and Disburse the funds on hand per 11 U.S.C. § 1326(a)(2).

# # #  End of Order # # #

APPROVED:

  /s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee

/sMonte J. White
MONTE J WHITE
DEBTOR ATTORNEY